## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELENA MYERS COURT,** : | |
| *Plaintiff*, : | CIVIL ACTION |
| : | |
| v. : | |
| : | No. 16-4848 |
| **LOEWS PHILADELPHIA** : | |
| **HOTEL, INC. et al.,** : | |
| *Defendants*. : | |

## ORDER

**AND NOW**, this 10th day of February, 2017, upon consideration of Plaintiff's Complaint (Doc. No. 1), LLB Gym, LLC, 12FIT LLC, and Frank Baer's (the "Gym Defendants") Motion to Dismiss (Doc. No. 29), Plaintiff's Opposition (Doc. No. 34), the Gym Defendants' Reply (Doc. No. 36), and after oral argument held on February 3, 2017, **it is HEREBY ORDERED** that the Gym Defendants' Motion to Dismiss (Doc. No. 29) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE