## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELENA MYERS COURT,** | : | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | **No. 16-4848** |
| **LOEWS PHILADELPHIA** | : | |
| **HOTEL, INC. et al.,** | : | |
| *Defendants*. | : | |

## O R D E R

**AND NOW**, this 15th day of December, 2017, upon consideration of the Gym Defendants' Motion for Summary Judgment (Doc. No. 57), the Loews Defendants' Motion for Summary Judgment (Doc. No. 58), and Responses and Replies thereto (Doc. Nos. 63, 64, 65, 66, 67, 68, 79, 84, 85, and 87), it is hereby ordered that:

1.  The Loews Defendants' Motion for Summary Judgment (Doc. No. 58) is **GRANTED**.

2.  The Gym Defendants' Motion for Summary Judgment (Doc. No. 57) is **DENIED** except as to the claims against Defendant Frank Baer, on which the Motion for Summary Judgment is **GRANTED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE