IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELENA MYERS COURT, | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 16-4848 |
| LLB GYM, LLC et al., | : | |
|     *Defendants*. | : | |

# **O R D E R**

**AND NOW**, this 16th day of February, 2018, upon consideration of the Court's Memorandum and Order granting in part and denying in part the Gym Defendants' Motion for Summary Judgment (Doc. Nos. 93 and 94), the Gym Defendants' Motion for Reconsideration (Doc. No. 95), Plaintiff's Response (Doc. No. 96), and the Gym Defendants' Reply (Doc. No. 97), **it is hereby ORDERED** that the Gym Defendants' Motion for Reconsideration (Doc. No. 95) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE