# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELENA MYERS COURT, | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 16-4848 |
| LLB GYM, LLC et al., | : | |
|     *Defendants*. | : | |

## O R D E R

**AND NOW**, this 28th day of June, 2018, upon consideration of Defendants' Motion to Compel (Doc. No. 162), Plaintiff's Response in Opposition (Doc. No. 163), Defendants' Reply (Doc. No. 164), and oral argument held on June 26, 2018 before Hon. Gene E.K. Pratter, **it is ORDERED** that the Motion to Compel (Doc. No. 162) is **DENIED**.

                                                BY THE COURT:

                                                <u>S/Gene E.K. Pratter</u>
                                                GENE E.K. PRATTER
                                                UNITED STATES DISTRICT JUDGE